**Fill in this information to identify the case:**

Debtor Name **120-MP VICTORIA, Ltd.**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): **25-10658**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking account** | **3  3  5  2** | **unknown** |
| 3.2. | **Frost Bank** | **Checking account** | **2  9  3  6** | **$265.00** |
| 3.3. | **The First State Bank** | **Checking account** | **3  2  8  1** | **unknown** |
| 3.4. | **Texas Dow Employees Credit Union** | **Checking account** | **5  7  3  3** | **unknown** |
| 3.5. | **Texas Dow Employees Credit Union** | **Checking account** | **5  7  4  1** | **unknown** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____  _____
   4.2 _____  _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$265.00**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor  **120-MP VICTORIA, Ltd.**
Name

Case number *(if known)* **25-10658**

---

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____  _____

7.2 _____  _____

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____  _____

8.2 _____  _____

**9.  Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.  [_____]

---

| Part 3: | Accounts receivable |
|---------|---------------------|

**10.  Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.  Accounts receivable**

11a. 90 days old or less:  _____ - _____ =..... ➜  _____
                            face amount            doubtful or uncollectible accounts

11b. Over 90 days old:  _____ - _____ =..... ➜  _____
                            face amount            doubtful or uncollectible accounts

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  [_____]

---

| Part 4: | Investments |
|---------|-------------|

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____  _____  _____

14.2 _____  _____  _____

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

---

Debtor  **120-MP VICTORIA, Ltd.**
Name

Case number *(if known)* **25-10658**

| | | | |
|---|---|---|---|
| 15.1. | | | |
| 15.2. | | | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | | |
|---|---|---|---|
| 16.1 | | | |
| 16.2 | | | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| **Janitorial supplies** | MM / DD / YYYY | **unknown** | | **$500.00** |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

**$500.00**

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

| Debtor | **120-MP VICTORIA, Ltd.** | Case number *(if known)* __25-10658__ |
|---|---|---|
| | Name | |

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| 29.  **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| 30.  **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

33.  **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34.  **Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No
  ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Debtor  **120-MP VICTORIA, Ltd.**
Name

Case number *(if known)* **25-10658**

---

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **Chairs, desks, cubicles, conference room tables** | **unknown** | | **$12,000.00** |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Full workout gym** | **unknown** | | **$13,000.00** |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | **$25,000.00** |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |

| Debtor | 120-MP VICTORIA, Ltd. | Case number *(if known)* | 25-10658 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.3 | | | | |
| 47.4 | | | | |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1 | | | | |
| 48.2 | | | | |

49. **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1 | | | | |
| 49.2 | | | | |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **S LIBERTY / VICTORIA TIF 8480 PT OF LOT 3 BLOCK 143 Victoria, TX 77901** | Fee Simple | unknown | | $35,000.00 |
| 55.2 **120 S MAIN - Multi Story Office / 120 S MAIN Victoria, TX 77901** | Lease | unknown | Victoria CAD | $8,000,000.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$8,035,000.00

| Debtor | **120-MP VICTORIA, Ltd.** | Case number *(if known)* __25-10658__ |
|---|---|---|
| | Name | |

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** | | | |
| | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Tenant Summary/Rent Roll | **unknown** | | **unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| | _____ | _____ | _____ |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| _____ |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**  All other assets

Debtor  __120-MP VICTORIA, Ltd._____  Case number *(if known)* __25-10658____
　　　　　Name

---

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____  _____  –  _____ = ➜  _____
　　　　　　　　　　　Total face amount　　doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

73.  **Interests in insurance policies or annuities**

_____  _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  _____

**Nature of claim**　　_____

**Amount requested**　　_____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  _____

**Nature of claim**　　_____

**Amount requested**　　_____

76.  **Trusts, equitable or future interests in property**

_____  _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  _____

_____  _____

78.  **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.  | _____ |

---

| Debtor | 120-MP VICTORIA, Ltd. | Case number *(if known)* | 25-10658 |
|---|---|---|---|
| | Name | | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $265.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................... ➡ | | $8,035,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.*    + | | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $25,765.00   + 91b. | $8,035,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................... | | $8,060,765.00 |

**Fill in this information to identify the case:**

Debtor name  **120-MP VICTORIA, Ltd.**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (if known): **25-10658**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Creditor's name**

**Carrier Corporation**

**Creditor's mailing address**

**Po Box 24101**

**Cleveland, OH 44124-0101**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

1) The First State Bank, Louise; 2) Reliant Energy Retail Services, LLC; 3) Trane U.S. Inc; **4) Carrier Corporation**

**Describe debtor's property that is subject to a lien**

120 S MAIN - Multi Story Office

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | unknown | $8,000,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| | $1,886,442.17 |

| Debtor | 120-MP VICTORIA, Ltd. | Case number (if known) | 25-10658 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.2** Creditor's name

**Reliant Energy Retail Services, LLC**

Creditor's mailing address

**910 Louisiana St Ste B200**

**Houston, TX 77002-4914**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  __ __  __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    <u>For 120 S MAIN - Multi Story Office:</u> 1) The First State Bank, Louise; **2) Reliant Energy Retail Services, LLC**; 3) Trane U.S. Inc; 4) Carrier Corporation; <u>For S LIBERTY:</u> **1) Reliant Energy Retail Services, LLC**; 2) The First State Bank, Louise; 3) Trane U.S. Inc

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

<u>120 S MAIN - Multi Story Office, S LIBERTY</u>

Describe the lien

**Judgment**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $487,893.00 | $8,035,000.00 |
|---|---|---|

| Debtor | **120-MP VICTORIA, Ltd.** | Case number (if known) | **25-10658** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

**The First State Bank, Louise**

**Creditor's mailing address**

**Po Box 5**

**Louise, TX 77455-0005**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account** **5  3  4  4**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2**

**Describe debtor's property that is subject to a lien**

120 S MAIN - Multi Story Office, S LIBERTY

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $1,246,549.17 | $8,035,000.00 |

Debtor  **120-MP VICTORIA, Ltd.**

Name

Case number (if known) **25-10658**

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

**Trane U.S. Inc**

**Describe debtor's property that is subject to a lien**

120 S MAIN - Multi Story Office, S LIBERTY

$152,000.00

$8,035,000.00

**Creditor's mailing address**

**3600 Pammel Creek Rd**

**La Crosse, WI 54601-7511**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2**

**Describe the lien**

**Judgment**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **120-MP VICTORIA, Ltd.** | Case number (if known) **25-10658** |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5 Creditor's name**

**Victoria County Tax Office**

Describe debtor's property that is subject to a lien
_____

**unknown**          **unknown**

**Creditor's mailing address**

**205 N. Bridge St.**

_____

**Victoria, TX 77901**

**Describe the lien**
_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**  _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **120-MP VICTORIA, Ltd.**

Name

Case number (if known) **25-10658**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|-----------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Michelle Gerred**<br>**729 Miner Rd**<br>**Cleveland, OH 44143-2117** | Line 2. __1__ | __ __ __ __ |
| **Brown Sims**<br>**Karl Taylor**<br>**1990 Post Oak Blvd. 1800**<br>**Houston, TX 77056** | Line 2. __2__ | __ __ __ __ |
| **Duckett, Bouligny & Collins, LLP**<br>**Po Box 1567**<br>**El Campo, TX 77437-1567** | Line 2. __3__ | __ __ __ __ |
| **Barrett Daffin Frappier Turner**<br>**Mitchell J. Buchman**<br>**1900 St. James Place 500**<br>**Houston, TX 77056** | Line 2. __3__ | __ __ __ __ |
| **Ross, Banks, May, Cron and Cavin P.C.**<br>**John Mayer**<br>**7700 San Felipe St Ste 550**<br>**Houston, TX 77063-1618** | Line 2. __4__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor   **120-MP VICTORIA, Ltd.** _____

Name

Case number (if known) **25-10658** _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

| Fill in this information to identify the case: |
|---|

Debtor name _____ **120-MP VICTORIA, Ltd.** _____

United States Bankruptcy Court for the:
_____ **Western District of Texas** _____

Case number (if known): _____ **25-10658** _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
  ☐ No. Go to Part 2.
  ☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

**Internal Revenue Service**

**Austin Service Center**

**Attn Aur**

**Austin, TX 73301-0001**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
  ☑ No
  ☐ Yes

Total claim: **unknown**      Priority amount: **unknown**

**2.2** **Priority creditor's name and mailing address**

**Texas Comptroller of Public Accounts**

**P.O. Box 13528**

**Austin, TX 78711-3528**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
  ☑ No
  ☐ Yes

Total claim: **unknown**      Priority amount: **unknown**

| Debtor | **120-MP VICTORIA, Ltd.** | Case number *(if known)* | **25-10658** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Coastal Bend Elevator**

**804 Mesquite Ln**

**Robstown, TX 78380-2141**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,623.75**

**3.3** Nonpriority creditor's name and mailing address

**Roto-Rooter - Victoria**

**4502 Lilac Ln**

**Victoria, TX 77901-2733**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$9,039.63**

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | **120-MP VICTORIA, Ltd.** | Case number *(if known)* | **25-10658** |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$10,663.38** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$10,663.38** |

Fill in this information to identify the case:

Debtor name **120-MP VICTORIA, Ltd.**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): **25-10658** Chapter **11**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 120 S Main** | **Congressman Michael Cloud** |
| | State the term remaining | **0 months** | **120 S Main St Ste 310** |
| | List the contract number of any government contract | | **Victoria, TX 77901-8144** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 120 S Main** | **Golden Crescent Workforce Solutions / VR** |
| | State the term remaining | **0 months** | **120 S Main St # 100/200** |
| | List the contract number of any government contract | | **Victoria, TX 77901-8147** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 120 S Main** | **Keith S Weiser** |
| | State the term remaining | **0 months** | **120 S Main St Ste 404** |
| | List the contract number of any government contract | | **Victoria, TX 77901-8144** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 120 S Main** | **Lampstand Church** |
| | State the term remaining | **0 months** | **120 S Main St Ste 220** |
| | List the contract number of any government contract | | **Victoria, TX 77901-8165** |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 120 S Main** | **Liberty Church - Victoria** |
| | State the term remaining | **0 months** | **120 S Main St Ste 150** |
| | List the contract number of any government contract | | **Victoria, TX 77901-8155** |

| Debtor | **120-MP VICTORIA, Ltd.** | Case number (if known) **25-10658** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Lease for 120 S Main | Maverick Engineering |
| | | | 120 S Main St Ste 350 |
| | State the term remaining | 0 months | Victoria, TX 77901-8150 |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Lease for 120 S Main | Paul B. Holm and Company, LLC |
| | | | 120 S Main St Ste 305 |
| | State the term remaining | 0 months | Victoria, TX 77901-8144 |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | **120-MP VICTORIA, Ltd.** | Case number (if known) | **25-10658** |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.12**

| **State what the contract or lease is for and the nature of the debtor's interest** | | |
|---|---|---|
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

**2.13**

| **State what the contract or lease is for and the nature of the debtor's interest** | | |
|---|---|---|
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name **120-MP VICTORIA, Ltd.**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (If known): **25-10658**

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **1309 Red River Development Company, LLC** | **1908 N. Laurent St. Ste. 285** <br> Street <br> **c/o William Wendlandt** <br> **Victoria, TX 77901** <br> City State ZIP Code | **The First State Bank, Louise** | ☑ D ☐ E/F ☐ G |
| 2.2 **Laurent Tower, LLC** | **1908 N. Laurent St. Ste. 285** <br> Street <br> **c/o William Wendlandt** <br> **Victoria, TX 77901** <br> City State ZIP Code | **The First State Bank, Louise** | ☑ D ☐ E/F ☐ G |
| | | **Trane U.S. Inc** | ☑ D ☐ E/F ☐ G |
| | | **Reliant Energy Retail Services, LLC** | ☑ D ☐ E/F ☐ G |
| 2.3 **Wendlandt, William G.** | **40 N Interstate 35** <br> Street <br> <br> **Austin, TX 78701-4318** <br> City State ZIP Code | **The First State Bank, Louise** | ☑ D ☐ E/F ☐ G |

| Debtor | **120-MP VICTORIA, Ltd.** | Case number (if known) | **25-10658** |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | Street _____ | _____ | ❏ D ❏ E/F ❏ G |
| | | _____ | | |
| | | City        State        ZIP Code | | |
| 2.5 | _____ | Street _____ | _____ | ❏ D ❏ E/F ❏ G |
| | | _____ | | |
| | | City        State        ZIP Code | | |
| 2.6 | _____ | Street _____ | _____ | ❏ D ❏ E/F ❏ G |
| | | _____ | | |
| | | City        State        ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name **120-MP VICTORIA, Ltd.**

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): **25-10658**  Chapter **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

        Copy line 88 from *Schedule A/B*.................................................................................................

| | |
|---|---|
| | **$8,035,000.00** |

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B*.............................................................................................

| | |
|---|---|
| | **$25,765.00** |

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B*...............................................................................................

| | |
|---|---|
| | **$8,060,765.00** |

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| | |
|---|---|
| | **$1,886,442.17** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

| | |
|---|---|
| | **$0.00** |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

| | |
|---|---|
| **+** | **$10,663.38** |

4. **Total liabilities**...................................................................................................................

    Lines 2 + 3a + 3b

| | |
|---|---|
| | **$1,897,105.55** |

**Fill in this information to identify the case:**

Debtor name _____ **120-MP VICTORIA, Ltd.** _____

United States Bankruptcy Court for the:

_____ **Western District of Texas** _____

Case number (if known): _____ **25-10658** _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**05/19/2025**__          **X** __**/s/ William Wendlandt**__
           MM/  DD/  YYYY                          Signature of individual signing on behalf of debtor

                                        __**William Wendlandt**__
                                        Printed name

                                        __**Manager of the General Partner**__
                                        Position or relationship to debtor

Congressman Michael Cloud
120 S Main St Ste 310
Victoria, TX 77901-8144

Golden Crescent Workforce
Solutions / VR
120 S Main St # 100/200
Victoria, TX 77901-8147

Keith S Weiser
120 S Main St Ste 404
Victoria, TX 77901-8144

Lampstand Church
120 S Main St Ste 220
Victoria, TX 77901-8165

Liberty Church - Victoria
120 S Main St Ste 150
Victoria, TX 77901-8155

Maverick Engineering
120 S Main St Ste 350
Victoria, TX 77901-8150

Paul B. Holm and Company,
LLC
120 S Main St Ste 305
Victoria, TX 77901-8144

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **120-MP VICTORIA, Ltd.**                                             CASE NO 25-10658

                                                                            CHAPTER **11**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____**05/19/2025**____     Signature _____**/s/ William Wendlandt**_____

                                             William Wendlandt, Manager of the General Partner

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **WILLIAM G. WENDLANDT** | § | **Case No. 25-10657** |
| | § | |
| **120-MP VICTORIA, LTD.** | § | **Case No. 25-10658** |
| | § | |
| **LAURENT TOWER, LLC** | § | **Case No. 25-10669** |
| | § | |
| **1309 RED RIVER DEVELOPMENT** | § | |
| **COMPANY, LLC** | § | **Case No. 25-10670** |
| | § | |
| **120 SOUTH MAIN PARKING LLC** | § | **Case No. 25-10671** |
| | § | |
| | § | **Jointly Administered under Case** |
| | § | **No. 25-10657** |

**JOINT GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**Introduction**

On May 5, 2025, Debtors, William G. Wendlandt; 120-MP VICTORIA, Ltd.; Laurent Tower, LLC; and 1309 Red River Development Company, LLC; and on May 6, 2025, Debtor, 120 South Main Parking LLC, filed respective voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "***Bankruptcy Code***").

Pursuant to the requirements of Bankruptcy Code Section 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the Debtors, with the assistance of their advisors, have filed their separate Schedules of Assets and Liabilities (the "***Schedules***") with the United States Bankruptcy Court for the Western District of Texas (the "***Bankruptcy Court***").

William Wendlandt is a Debtor and is the manager for the remaining Debtors that are limited liability companies and is the manager of the general partner of 120-MP Victoria, Ltd. and has signed the Schedules and Statements. In reviewing and signing the Schedules and Statements, William Wendlandt has relied upon the information in the books and records of the Debtors. William Wendlandt has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

These *Joint Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "***Global Notes***") pertain to, are incorporated by reference in and comprise an integral part of the Debtors' Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' commercially reasonable best efforts to report the assets and liabilities of the Debtors.

In preparing the Schedules and Statements, the Debtors relied upon financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statements. Thus, the Debtors are unable to warrant or represent the Schedules and Statements are without inadvertent errors, omissions or inaccuracies. Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update, amend or supplement the Schedules and Statements, but reserve the right to do so.

## Global Notes and Overview of Methodology

**Reservation of Rights**. Nothing contained in the Schedules and Statements shall constitute a waiver of the Debtors' rights or an admission with respect to its chapter 11 case, including, without limitation, any issues involving substantive consolidation, equitable subordination, offsets or defenses and/or causes of action arising under, *inter alia*, the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws.

**Books and Records.** William Wendlandt has been an officer of the corporate debtors since their formation. Every effort has been made to reflect matters accurately on the Schedules and Statements; however, as referenced on specific statements, there Debtor is fairly certain that additional disclosures will be needed once additional information is located.

**Description of Case**. On the respective petition dates, the Debtors filed voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code under Sub Chapter V. The Debtors are operating their businesses and managing their property as debtors-in-possession pursuant to Bankruptcy Code Sections 1107(a) and 1108. No trustee or examiner has been requested in these chapter 11 cases, and no committees have been appointed or designated. Debtors filed bankruptcy because they were no longer able to service their respective debts. Debtor William Wendlandt is an individual chapter 11 debtor. The remaining Debtors are believed to be single asset bankruptcy debtors.

**Value of Assets**. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect estimated fair market values as of the respective petition dates. Market values of these assets may vary, at some times materially, from the net book value of such assets. Additionally, because the book values of assets such as trademarks may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

**Recharacterization**. Notwithstanding the Debtors' commercially reasonable best efforts to properly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated or omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary and appropriate, as additional information becomes available.

**Liabilities**. The Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate as it determines in its sole and absolute discretion.

The liabilities listed on the Schedules do not reflect any analysis of claims pursuant to Bankruptcy Code Section 503(b)(9). Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under Bankruptcy Code Section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**Insiders**. For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code to include the following: (a) directors; (b) officers; (c) shareholders holding in excess of 5% of the voting shares of the Debtors (whether directly or indirectly); (d) relatives of directors, officers or shareholders of the Debtors (to the extent known by the Debtors); (e) persons in control; and (f) Debtors/non-Debtors affiliates. All of the Debtors are insiders to the other respective Debtors.

Otherwise, Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

**Classifications**. Listing a claim on (a) Schedule D as "secured," (b) Schedule E/F as "priority," (c) Schedule E/F as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**. Schedules D and E/F permit the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtors.

**Causes of Action**. Despite reasonable efforts, the Debtors may not have identified and/or set forth all of its (filed or potential) causes of action against third parties as assets in its Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action against third parties and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action which are expressly reserved.

**Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    Underdetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    Liens. Property, inventory and equipment listed in the Schedules may be presented without consideration of any liens that may attach (or have attached) to such property and equipment.

    d.    Currency. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Global Notes Control**. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B**.

**GENERALLY:** The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property. The Debtors reserve all of their rights to recategorize and/or recharacterize such asset holdings to the extent the Debtors determines that such holdings were improperly listed.

Unless indicated otherwise, non real estate asset values described in Schedule A/B are representative of Debtors estimate as to the fair market value at the time the cases were filed and in accordance with current market conditions.

In regard to real estate, to the extent possible, Debtor has used commercial appraisals obtained within the 12 months prior to filing the bankruptcy to determine value. Otherwise, William Wendlandt has estimated the value based upon his 30 plus years as a commercial agent and those values are as of the bankruptcy filing date.

**Schedule A/B8**. The amount paid as retainer to Smeberg Law Firm PLLC is the combined retainer paid to the Smeberg Law Firm, PLLC for all four debtors.

**Schedule A/B19**. This schedules lists Debtor's business interests that comprise primarily of operating real estate entities. These entities have direct debt and cross collateralized debt and it is very difficult to ascertain their net value. The values listed are estimates assuming a relatively expedient sale and deduction of pro rata debt.

**Schedule A/B75**. In the ordinary course of its business, the Debtors may have accrued, or may subsequently accrue, certain rights to causes of action, counterclaims, setoffs, or refunds with various parties. Additionally, the Debtors may be parties to pending litigation in which the Debtors have asserted, or may assert, causes of action as a plaintiff or counterclaims as a defendant. To the extent such rights are known and quantifiable, they are listed on Schedule A/B75; however, any such rights which are unknown to the Debtors or not quantifiable as of the Petition Date are not listed on Schedule A/B75.

**Schedule E/F, Part 1**. The claims listed on Schedule E/F, Part 1 arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule E/F, Part 1, however, appear to have arisen or to have been incurred before the Petition Date.

**Schedule E/F, Part 2**. The Debtors have used their commercially best reasonable efforts to report all general unsecured claims against the Debtors on Schedule E/F, Part 2 based upon the Debtors' existing books and records as of the Petition Date. The claims of individual creditors for, among

other things, products, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all of their rights with respect to any such credits and allowances including the right to assert objections and/or setoffs with respect to same. Schedule E/F, Part 2 does not include certain deferred charges, deferred liabilities, accruals or general reserves. The Debtors have made every effort to include as a contingent, unliquidated or disputed the claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

To the extent they are known, Schedule E/F, Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or the assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule E/F, Part 2 does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected. Finally to some extent, the actual amount of a claim main not be disputed but Debtors dispute the claims as being filed in the wrong case.

**Schedule G**. Although the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory contracts and unexpired leases for the Debtors and diligent efforts have been made to ensure the accuracy of the Debtors' Schedule G, inadvertent errors, omissions or over-inclusion may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts.

Listing a contract or lease on Schedule G does not constitute an admission that such contract or lease is an executory contract or unexpired lease or that such contract or lease was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, leases or other agreements set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the contracts and leases listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality or non-disclosure agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and leases listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract or unexpired lease, a single contract or lease or multiple, severable or separate contracts or leases.

The contracts, leases and other agreements listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments

and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.

The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and leases on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of its business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtors obligor to such executory contracts or unexpired leases becomes available. Certain of the executory contracts or unexpired leases may not have been memorialized and could be subject to dispute. Executory contracts that are oral in nature have not been included on Schedule G.

Omission of a contract or lease from Schedule G does not constitute an admission that such omitted contract or lease is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or leases are not impaired by the omission.

The listing of any contract or lease on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or lease or an admission that such contract or lease is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract or lease listed on Schedule G or to amend Schedule G at any time to remove any contract or lease.

**Schedule H**. For purposes of Schedule H, the Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of its business, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because all such claims are contingent, disputed or unliquidated, such claims have not been set forth individually on Schedule H. Litigation matters can be found on the Debtors' Schedule E/F, Part 2 and Statement 4a, as applicable.

## United States Bankruptcy Court
## Western District Of Texas

In re  **120-MP VICTORIA, Ltd.**                              Case No.  **25-10658**

                                                             Chapter  **11**

                    Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

**Amended Creditor Matrix**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on  **05/19/2025**.


Dated:  **05/19/2025**                              **/s/ Ronald Smeberg**

                                                   Ronald Smeberg
                                                   Debtor or Debtor's(s') Counsel
                                                   Bar Number: 24033967
                                                   The Smeberg Law Firm
                                                   4 Imperial Oaks
                                                   San Antonio, TX 78248-1609
                                                   Phone: (210) 695-6684
                                                   Email: ron@smeberg.com


**Congressman Michael Cloud**
120 S Main St Ste 310
Victoria, TX 77901-8144

**Golden Crescent Workforce Solutions / VR**
120 S Main St # 100/200
Victoria, TX 77901-8147

**Keith S Weiser**
120 S Main St Ste 404
Victoria, TX 77901-8144

**Lampstand Church**
120 S Main St Ste 220
Victoria, TX 77901-8165

**Liberty Church - Victoria**
120 S Main St Ste 150
Victoria, TX 77901-8155

**Maverick Engineering**
120 S Main St Ste 350
Victoria, TX 77901-8150

**Paul B. Holm and Company, LLC**
120 S Main St Ste 305
Victoria, TX 77901-8144